UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 17-02325-ODW (AFM) | Date | May 12, 2017 |
|---|---|---|---|
| Title | *Waters v. Kohl's Department Stores* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                  **In Chambers**

After reviewing the papers filed in support of the Motion to Dismiss (ECF No. 15) and Motion to Remand (ECF No. 16), the Court deems both motions appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15. The Court therefore **VACATES** the hearing on both motions. Both motions will be deemed under submission following the deadline to file reply briefs.

                                                                                            :    00

                                                   Initials of Preparer    SE